FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01133-01 LEK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | OPPOSITION TO DEFENDANT'S |
| | ) | MOTION TO AMEND CONDITONS |
| vs. | ) | OF RELEASE; CERTIFICATE OF |
| | ) | SERVICE |
| MARC HUBBARD, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

OPPOSITION TO DEFENDANT'S MOTION
TO AMEND CONDITIONS OF RELEASE

COMES NOW, the United States of America, by and through Florence T. Nakakuni, United States Attorney and Leslie E. Osborne, Jr., Assistant U.S. Attorney, and hereby files its opposition to Defendant MARC HUBBARD's Motion to Amend Conditions of Release.

The Defendant faces federal charges in Pennsylvania and state charges in the South Carolina.  The evidence of guilt is substantial (testimony of a co-defendant) and the impact of the

release of the bail bond the Defendant requests would relieve him of any compulsion to appear for trial in Hawaii.

DATED:  Honolulu, Hawaii,      June 17, 2013      .

>                              FLORENCE T. NAKAKUNI
>                              United States Attorney
>
>
>                              By  /s/ Leslie E. Osborne, Jr.
>                                  LESLIE E. OSBORNE, JR.
>                                  Assistant U.S. Attorney

U.S. v. Marc Hubbard
Cr. No. 12-01133-01 LEK
"Opposition to Defendant's Motion to Amend Conditions of Release"

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, the true and correct copy of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF:

JOHN SCHUM, ESQ.                              June 17, 2013
john@johnschumlaw.com

Attorney for Defendant
MARC HUBBARD

Served via hand delivery:

ANTHONY BARRY                                 June 17, 2013
U.S. Pretrial Services Officer
300 Ala Moana Blvd., Rm. 7-222
Honolulu, HI  96850

DATED:  Honolulu, Hawaii, June 17, 2013.

                                    /s/ Janice Tsumoto