# MINUTES

CASE NUMBER:      CR NO. 12-01133LEK

CASE NAME:        USA vs. (01) MARC HUBBARD

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     12/02/2013                    TIME:

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S MOTION TO CHANGE VENUE

    On October 7, 2013, Defendant Marc Hubbard filed his Motion to Change Venue ("Motion").  [Dkt. no. 71.]  On October 1, 2013, this Court issued an entering order stating the Court's inclination with respect to the Motion ("Inclination").  [Dkt. no. 77.]  Plaintiff the United States of America ("the Government") filed its memorandum in opposition on October 17, 2013, and Hubbard filed his Reply on November 18, 2013.  [Dkt. nos. 76, 83.]  The Government also filed a Response on November 25, 2013.  [Dkt. no. 85.]  This matter came on for hearing on November 4, 2013 and December 2, 2013.

    After careful consideration of the Motion, supporting and opposing documents, and the arguments of counsel, this Court HEREBY DENIES the Motion for the reasons set forth in the Inclination.  The Motion is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager