IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01133-01 LEK |
| | ) | |
| Plaintiff, | ) | PROPOSED ORDER GRANTING |
| | ) | MOTION TO UNSEAL |
| vs. | ) | DEFENDANT'S MOTION TO |
| | ) | WITHDRAW PLEA |
| MARC HUBBARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

PROPOSED ORDER GRANTING MOTION TO UNSEAL
DEFENDANT'S MOTION TO WITHDRAW PLEA

The Court having considered the United States' Motion to Unseal Defendant Marc Hubbard's Motion to Withdraw Plea, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's Motion to Withdraw Plea, Dkt. No. 278 (Feb. 21, 2018), and the attached Declaration and Memorandum in Support of Motion in the above-entitled matter be Unsealed.

DATED: Honolulu, Hawaii, _____.

_____
HON. LESLIE E. KOBAYASHI
United States District Judge